*Office of the City Manager*

**Yvette J. Harrell, Esq.**
City Manager



Telephone: (305) 953-2821 Ext.1202
Email: yharrell@opalockafl.gov

November 14, 2018

Dear Honorable Members of the Commission:

Since returning to the City as Manager, I have been working with Staff to determine what can be done to help them perform their varied tasks better.

It was during my meetings and communications with Staff that I have come to understand the following:

1. At least one member of the sitting Commission has used their position and influence to require Public Works staff to perform tasks that are not related to their City responsibilities. Simply stated, at least one member has required Staff to perform tasks for private citizens during their City work day. Staff acknowledges they knew they were performing tasks they were not supposed to, but they feared being retaliated against if they refused.

2. At least one member of the sitting Commission has used their position to directly influence and interfere with personnel decisions that are reserved for the Manager, namely the reinstatement of terminated personnel.

3. At least one member of the sitting Commission has used their position and influence to create a working environment not conducive to productivity because of their direct ridicule and criticism towards City Staff. Staff has advised that they have not come forward with respect to this matter again in fear of retribution.

Unfortunately, I have discovered other potential violations as it relates to Staff as well. Those mentioned above were those I have recently confirmed through corroborating communications with other members of the City Staff. As the current City Manager, it is my obligation to report such violations in furtherance of my duties and in accordance with my oath as an appointed official of the City.

It is in the spirit of transparency and the desire for change that I am sharing this information. I am advising the sitting Commission so that you all are made aware of these issues as you continue to work to revitalize the City that we all love. Additionally, it is my hope that this initial communication acts as a catalyst for change and creates a foundation to work upon which will help avoid such violations in the future. I am also sharing this in the hopes that a different tone is set for the treatment of Staff in the future. Although not all members of the Commission were named in these violations, the existence of any such issues creates a blight on the entire City and must end if we are to make our City even greater.



City Hall • 780 Fisherman Street, 4th Floor, Opa-locka, Florida 33054 • (305) 688-4611
AN EQUAL OPPORTUNITY EMPLOYER AND DOES NOT DISCRIMINATE ON THE BASIS OF HANDICAP

I am willing to discuss my findings further, particularly with the new Commission members being seated, in the hopes of creating an environment for Staff that is free of interference or threat of reprisal from the Commission or anyone else.

I will continue to provide updates as to my findings. I thank you for working to make this Great City even Greater.


Respectfully submitted,

*Yvette J. Harrell*

Yvette J. Harrell, Esq.
City Manager



cc: Commission on Ethics
State Oversight Board
The Brown Law Group